UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| GERALD ZALUCKI ) | |
| SUZANNE L. ZALUCKI, ) | CASE NO: 19-30669-EDK |
| ) | |
| Debtors. ) | |

## MOTION TO APPROVE STIPULATION

Now come the Debtors, GERALD ZALUCKI and SUZANNE L. ZALUCKI, by and through their attorney, and move this Honorable Court to allow the Stipulation between the Debtors and Chapter 13 Trustee. In support, hereof, Debtors state the following:

1. Debtors filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on August 23, 2019.

2. On May 3, 2021, the Debtors filed a Motion to Sell Real Estate [doc 82].

3. On May 6, 2021, the Debtors filed a Notice of the Intent to Sell [doc 86].

4. On May 12, 2021, the Chapter 13 Trustee filed a Limited Objection [doc 88] in re: [doc 82] Debtors' Motion to Sell Real Estate.

5. The Trustee and the Debtors have reached an Agreement that adequately accounts for the Trustee's concerns.

6. The Stipulation [doc 89] was filed with the Court on May 26, 2021.

WHEREFORE, the Debtors request that this Honorable Court allow the Stipulation, and such other and further relief as the Court deems just and proper.

|  |  |
|---|---|
|  | Respectfully submitted,<br>THE DEBTORS<br>GERALD ZALUCKI<br>SUZANNE L. ZALUCKI<br>By their attorney |
| Dated: May 27, 2021 |  |
|  | /s/ Eric D. Kornblum<br>Eric D Kornblum, Esq.<br>94 North Elm Street, Suite 402<br>Westfield, MA 01085<br>413-568-3900<br>Fax: 413-568-3955<br>BBO # 561614<br>E-mail: edkclientsbk@gmail.com |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| GERALD ZALUCKI | ) | |
| SUZANNE L. ZALUCKI, | ) | CASE NO: 19-30669-EDK |
| | ) | |
| Debtors. | ) | |

CERTIFICATE OF SERVICE

I, Eric D. Kornblum, Esq., state that on May 27, 2021, I electronically filed the foregoing Motion to Approve Stipulation with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. It is my understanding that notice of this filing will be provided by the CM/ECF System to the following CM/ECF participants:

 Office of the US Trustee

 Denise M Pappalardo, Esq., Chapter 13 Trustee

I certify that on May 27, 2021, I have mailed by first class mail, postage prepaid the documents electronically filed with the court, on the following non CM/ECF participants:

Gerald Zalucki
Suzanne Zalucki
2 Canal Drive
Belchertown, MA 01007

            /s/ Eric D. Kornblum
            Eric D. Kornblum, Esq.